AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-793 |
| Lee M. Zeldin et al., ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants.

Date:  03/27/2025

s/ Cameron Hinojos
*Attorney's signature*

Cameron Hinojos (Ill. Bar No. 6342093)
*Printed name and bar number*

United States Department of Justice
Environment & Natural Resources Division
PO Box 7611, Washington, DC 20044
*Address*

cameron.hinojos@usdoj.gov
*E-mail address*

(202) 305-5884
*Telephone number*

(202) 514-8865
*FAX number*