AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-00793-DLF |
| Lee Zeldin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Center for Biological Diversity    .

Date: 04/09/2025

/s/ Ryan Maher
*Attorney's signature*

Ryan Maher (DC Bar No. 1620024)
*Printed name and bar number*

Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
*Address*

rmaher@biologicaldiversity.org
*E-mail address*

(781) 325-6303
*Telephone number*

(510) 844-7150
*FAX number*