# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 North Main Ave.<br>Tucson, AZ 85701,<br><br>    *Plaintiff,*<br><br>v.<br><br>LEE ZELDIN,<br>Administrator of the U.S.<br>Environmental Protection Agency,<br>1200 Pennsylvania Ave. NW<br>Washington, D.C. 20460,<br><br>    *and*<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>1200 Pennsylvania Ave. NW<br>Washington, DC 20460,<br><br>    *Defendants.* | Case 1:25-cv-00793-CRC<br><br>**AMENDED PROOF OF SERVICE OF PROCESS** |

## AMENDED PROOF OF SERVICE OF PROCESS

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby certify that service of the complaint and summons in the above-captioned case has taken place in the following manner:

1.      The United States Attorney was served: via priority mail with electronic signature confirmation on March 21, 2025, received on March 24, 2025; and via certified mail on May 15, 2025, received on May 20, 2025.

2.      The United States Attorney General was served: via priority mail with electronic signature confirmation on March 21, 2025, received on March 24, 2025; and via certified mail

1

on May 15, 2025, received on May 20, 2025.

3. The United States Environmental Protection Agency and Administrator Lee Zeldin were served: via priority mail with electronic signature confirmation on March 21, 2025, received on March 24, 2025; and via certified mail on May 15, 2025, received on May 19, 2025.

4. On March 20, 2025, Cameron Hinojos (US Department of Justice, Environment and Natural Resources Division, Environmental Defense Section) was served via electronic mail at Cameron.Hinojos@usdoj.gov.

5. Pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), the above were served copies of the documents described as:

   a. CIVIL COVER SHEET,

   b. SUMMONS IN A CIVIL ACTION,

   c. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF,

   d. NOTICE OF RELATED CASE,

   e. LCvR 26.1 CERTIFICATE OF DISCLOSURE,

   f. SUMMONS (4) Issued Electronically as to U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN, U.S. ATTORNEY, and U.S. ATTORNEY GENERAL, and

   g. NOTICE AND CONSENT TO A MAGISTRATE JUDGE.

6. Electronic certified mail receipts verifying the statements above are attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  |  |
|---|---|
| | Respectfully Submitted, |
| May 21, 2025 | /s/ Jonathan Evans |

Jonathan Evans (D.C. Bar No. CA00044)
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Telephone: (510) 844-7100 x318
Cellphone: (213) 598-1466
jevans@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*