Certified Mail® Labels — Do not use this template for actual postage using Stamps.com Template SDC-3610







Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D St Nw
Washington DC 20530-0034

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave Nw
Washington DC 20530-0001




U.S. Environmental Protection Agency
1200 Pennsylvania Ave Nw
Washington DC 20460-0001

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave Nw
Washington DC 20460-0001
Mail Code: 1101A

To purchase or for printing instructions, go to store.stamps.com

Covered by and/or for use with U.S. Patents 7,216,110; 7,490,065; 7,613,639; 8,027,935; and 8,046,823.



■ UNITED STATES
POSTAL SERVICE

May 20, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0203 7620 06**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | May 20, 2025, 5:06 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Civil Process Clerk U S Attorneys Office for D |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: [signature]

Address of Recipient: [address image]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

May 20, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0203 7624 88**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | May 20, 2025, 5:06 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Pamela Bondi Attorney General U S  Department of |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

May 19, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0203 7608 11**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | May 19, 2025, 8:18 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Lee Zeldin Administrator U S Environmental Prot |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten]* 20460

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

May 19, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0203 7602 55**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | May 19, 2025, 8:18 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | U S Environmental Protection Agency |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *20460*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004