IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Center for Biological Diversity, | ) | No. 1:25-cv-793-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE AN ANSWER**

Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, and Plaintiff Center for Biological Diversity hereby move to extend the Defendants' deadline to file an answer by 45 days to July 7, 2025.

In support of this Joint Motion, the Parties state the following to demonstrate good cause for the requested relief:

The Plaintiff filed this Clean Air Act deadline suit in March 2025, seeking to compel the Defendants to grant or deny three petitions to object to air pollution permits issued under Title V of the Clean Air Act (CAA) to: (1) Young Gas Storage Company, Ltd. for the Young Compressor Station in Morgan County, Colorado; (2) Harvest Four Corners, LLC for the 32-9 Central Delivery Point in San Juan County, New Mexico; and (3) Kinder Morgan Altamont LLC for the Altamont South Compressor Station in Duchesne County, Utah. The Parties recently met to discuss a reasonable deadline for the Defendants to act on the Plaintiff's petitions to object. During those discussions, the Defendants stated their

expectation to issue orders on the outstanding petitions by June 30, 2025. The Parties agree that extending the Defendants' deadline to answer the complaint in this action would allow the Defendants to more efficiently work to issue the responsive orders and resolve the disputes in this case. As such, good cause exists to extend the answer deadline.

Based on the foregoing, the Parties jointly request that the Court enter the proposed order submitted with this Joint Motion.

<u>Dated</u>: May 23, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Cameron Hinojos*
CAMERON HINOJOS
Ill. Bar No. 6342093
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044-7611
Tel: (202) 305-5884
Fax: (202) 514-8865
cameron.hinojos@usdoj.gov

*Attorneys for Defendants*

*/s/ Ryan Maher*
RYAN MAHER
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2025, I electronically filed a copy of the foregoing document, which will notify counsel for all Parties.

*/s/ Cameron Hinojos*
Cameron Hinojos