IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>United States Environmental Protection )<br>Agency and Lee Zeldin, in his official )<br>capacity as Administrator, )<br>)<br>Defendants. )<br>_____) | No. 1:25-cv-793-DLF |

**JOINT MOTION TO EXTEND DEADLINE TO FILE AN ANSWER**

Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, and Plaintiff Center for Biological Diversity hereby move to extend by 30 days, to August 6, 2025, Defendants' deadline to file an answer.

In support of this Joint Motion, the Parties state the following to demonstrate good cause for the requested relief:

Plaintiff filed this Clean Air Act deadline suit in March 2025, seeking to compel Defendants to grant or deny its three petitions to object to air pollution permits issued under Title V of the Clean Air Act (CAA) to (1) Young Gas Storage Company for the Young Compressor Station in Morgan County, Colorado; (2) Kinder Morgan Altamont for the Altamont South Compressor Station in Duchesne County, Utah; and (3) Harvest Four Corners for the 32-9 Central Delivery Point in San Juan County, New Mexico. After Plaintiffs filed this suit, Defendants provided Plaintiffs with three administrative orders that the Environmental Protection Agency issued in response to Plaintiff's three petitions to

object, granting in part and denying in part the petitions at issue. The Parties seek this 30-day extension so they can continue negotiations that, if successful, would resolve this suit.

Based on the foregoing, the Parties jointly request that the Court enter the proposed order submitted with this Joint Motion.

Dated: July 3, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Cameron Hinojos*
CAMERON HINOJOS
Ill. Bar No. 6342093
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044-7611
Tel: (202) 305-5884
Fax: (202) 514-8865
cameron.hinojos@usdoj.gov

*Attorneys for Defendants*

*/s/ Ryan Maher*
RYAN MAHER
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2025, I electronically filed a copy of the foregoing document, which will notify counsel for all Parties.

*/s/ Cameron Hinojos*
United States Department of Justice